**No. 10-11113. Nicholas Bernard Fuller, Petitioner v. United States.**

565 U.S. 1050, 132 S. Ct. 755, 181 L. Ed. 2d 475, 2011 U.S. LEXIS 8466.

November 28, 2011. On petition for writ certiorari to the United States Court of Appeals for the Sixth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of Sykes v. United States, 564 U.S. 1, 131 S. Ct. 2267, 180 L. Ed. 2d 60 (2011).

Same case below, 419 Fed. Appx. 655.

**No. 11-6476. Patricia J. Curto, Petitioner v. Donald W. Smith, et al.**

565 U.S. 1051, 132 S. Ct. 767, 181 L. Ed. 2d 475, 2011 U.S. LEXIS 8338.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Sotomayor took no part in the consideration or decision of this motion and this petition.

**No. 11-6498. Dale Maisano, Petitioner v. Arizona.**

565 U.S. 1051, 132 S. Ct. 768, 181 L. Ed. 2d 475, 2011 U.S. LEXIS 8414.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

**No. 11-6521. Assem A. Abulkhair, Petitioner v. Menelaos Toskos, et al.**

565 U.S. 1051, 132 S. Ct. 771, 181 L. Ed. 2d 475, 2011 U.S. LEXIS 8361.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8.

Same case below, 430 Fed. Appx. 98.